IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| COLLETTE FIKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:03-cv-1106-WKW |
| | ) | (WO) |
| ALABAMA DEPARTMENT, | ) | |
| OF YOUTH SERVICES, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's Motion to Compel Clerk to Release Original Documents (Doc. # 137) is denied. The court has completed review of the documents in their present form and organization. At the conclusion of the case, Plaintiff may request the originals by appropriate motion and substitute copies in their stead.

DONE this 22nd day of March, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE